**Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-01000-CV
_____

### GUARDIAN TRANSFER AND STORAGE, INC. AND STUART C. STAUFFACHER, Appellants

### V.

### ERIC BEHRNDT, INDIVIDUALLY AND D/B/A EZ MANAGEMENT GP, LLC, EZ MANAGEMENT GP, LLC AND BEHR CONSTRUCTION, INC., Appellees

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-22262**

## O R D E R

Appellant's brief was due February 13, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 27, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justice Jewell and Spain.